# United States District Court
## For The Western District of North Carolina
## Charlotte Division

James Lamar Cureton,

        Plaintiff(s),

vs.

USA ,

        Defendant(s).

JUDGMENT IN A CIVIL CASE

3:04-cv-156-1/3:98cr298-3

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/19/05 Order.

FRANK G. JOHNS, CLERK

May 19, 2005

BY: _Betsy Wallace_

Betsy Wallace, Deputy Clerk